

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gavin B. Davis

Civil Action No.    17cv2401-JLS-BGS

**Plaintiff,**

**V.**

California, State of

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses without prejudice the Petition. Because the Court dismisses the Petition, the Court also denies as moot Petitioner's Motion to Appoint Counsel.

**Date:**            1/5/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Lozano

M. Lozano, Deputy